UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Brenda Lee Ramey, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 0:17-907-JMC-PJG |
| | ) | |
| v. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Defendant's Motion to Remand to which the Plaintiff consents, it is hereby

**ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

November 30, 2017
Columbia, South Carolina